IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2017 APR 12  PM 4:28

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

JONAS ELLIS, Individually and on
Behalf of Others Similarly Situated, and
DARYN KLINE, individually and on
Behalf of Others Similarly Situated,
                    Plaintiffs,

-vs-

TEXAS PRISONER
TRANSPORTATION DIVISION,
L.L.C., WILLIAM RUSSELL BREES,
TEPHANIE GANGL BREES, and
GLOBAL PRISONER SERVICES,
LLC,
                    Defendants.

CAUSE NO.:
A-15-CA-00857-SS

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day the Court entered its order granting Plaintiffs'
Motions to Dismiss [##98, 99], and now enters the following:

IT IS ORDERED that all claims brought by Plaintiffs against Defendants Texas
Prisoner Transportation Division, LLC, Williams Brees, and Tephanie Gangl Brees are
DISMISSED WITHOUT PREJUDICE;

IT IS FURTHER ORDERED that all claims against Defendant Global Prisoner
Services, LLC brought by the individuals listed in Exhibit A [#99-1] to Plaintiffs' Motion
to Dismiss are DISMISSED WITH PREJUDICE; and

IT IS FINALLY ORDERED that all claims against Defendant Global Prisoner
Services, LLC brought by the individuals listed in Exhibit B [#99-2] to Plaintiffs' Motion
to Dismiss are DISMISSED WITHOUT PREJUDICE. The Clerk of Court is DIRECTED
to CLOSE this case. All parties shall bear their own respective costs.

SIGNED this the ___12ᵗʰ___ day of April 2017.

SAM SPARKS
UNITED STATES DISTRICT JUDGE